# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRAVERS A. GREENE, | Case No. 2:07-cv-00304-MMD-DJA |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, after a 62-day extension of time, Petitioner Travers A. Greene, represented by appointed counsel, was due to file a second amended habeas petition by April 6, 2020. (ECF Nos. 113, 115.)

On April 6, 2020, Greene filed a motion for extension of time requesting a further 30-day extension of time, to May 6, 2020, to file his second amended petition. (ECF No. 116.) Greene's counsel states that the extension of time is necessary because of delay caused by the COVID-19 outbreak. (*Id.* at 2–3.) Respondents do not oppose the motion for extension of time.

The Court finds that Greene's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 116) is granted. Petitioner will have until and including May 6, 2020, to file his second amended habeas petition.

///

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019, (ECF No. 113) will remain in effect.

DATED THIS 6th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE