UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TRAVERS A. GREENE,

        Petitioner,

v.

WILLIAM GITTERE, *et al.*,

        Respondents.

Case No. 2:07-cv-00304-MMD-DJA

ORDER

In this capital habeas corpus action, Petitioner Travers A. Greene, represented by appointed counsel, filed a second amended habeas petition on May 6, 2020. (ECF No. 119.) After a 60-day extension of time, Respondents were due to respond to the second amended petition by September 4, 2020. (*See* ECF Nos. 113, 122.)

On August 27, 2020, Respondents filed a motion for extension of time (ECF No. 123), requesting a further 31-day extension of time, which would make their response due on October 5, 2020. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' motion for extension of time (ECF No. 123) is granted. Respondents will have until and including October 5, 2020, to file an answer or other response to Petitioner's second amended habeas petition.

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113), will remain in effect.

DATED THIS 31st day of August 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE