UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRAVERS A. GREENE,<br><br>                      Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                      Respondents. | Case No. 2:07-cv-00304-MMD-DJA<br><br>ORDER |

In this capital habeas corpus action, Petitioner Travers A. Greene, represented by appointed counsel, filed a second amended habeas petition on May 6, 2020 ("Second Amended Petition"). (ECF No. 119.) After three extensions of time, Respondents were due to respond to the Second Amended Petition by December 4, 2020. (ECF Nos. 113, 122, 124, 126.)

On November 30, 2020, Respondents filed a motion for extension of time (ECF No. 127), requesting a further 60-day extension of time. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases and because of delays caused by the COVID-19 pandemic. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time and will extend the due date for Respondents' response by 95 days, to March 9, 2021. The Court does so with the intention that this will be the last extension of this deadline. The Court will not be inclined to further extend this deadline, absent extraordinary circumstances.

///

It is therefore ordered that Respondents' motion for extension of time (ECF No. 127) is granted. Respondents will have until and including March 9, 2021, to file an answer or other response to Petitioner's second amended habeas petition.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113) will remain in effect.

DATED THIS 1st Day of December 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE