# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRAVERS A. GREENE, | Case No. 2:07-cv-00304-MMD-DJA |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, Respondents filed a motion to dismiss on March 9, 2021. (ECF No. 129.) Petitioner filed a response to the motion to dismiss (ECF No. 162), along with a motion for leave to conduct discovery (ECF No. 164) and a motion for evidentiary hearing (ECF No. 167), on June 7, 2021.

Under the scheduling order in this case (ECF No. 113), the Respondents then had 30 days, until July 7, 2021, to file their reply to Petitioner's response to the motion to dismiss. Under the scheduling order, Respondents' responses to Petitioner's two motions are due at the same time as the reply. On June 23, 2021, the Court granted Respondents a 30-day extension of time, to August 6, 2021, to file their reply in support of the motion to dismiss and their responses to Petitioner's motions (ECF No. 169).

On July 29, 2021, Respondents filed a motion for extension of time (ECF No. 170), requesting a further 32-day extension of time, to September 7, 2021, to file their reply in support of the motion to dismiss and their responses to Petitioner's motions. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' motion for extension of time (ECF No. 170) is granted. Respondents will have until and including September 7, 2021, to file their reply in support of their motion to dismiss, their response to Petitioner's motion for leave to conduct discovery, and their response to Petitioner's motion for evidentiary hearing.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113) will remain in effect.

DATED THIS 30th Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE