UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRAVERS A. GREENE,<br><br>                 Petitioner,<br>      v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                 Respondents. | Case No. 2:07-cv-00304-MMD-DJA<br><br>ORDER |

        In this capital habeas corpus action, Respondents filed a motion to dismiss on March 9, 2021. (ECF No. 129.) On June 7, 2021, Petitioner Travers A. Greene filed a response to the motion to dismiss (ECF No. 162), along with a motion for leave to conduct discovery (ECF No. 164) and a motion for evidentiary hearing (ECF No. 167). On September 7, 2021, Respondents filed a reply in support of their motion to dismiss (ECF No. 172), an opposition to the motion for leave to conduct discovery (ECF No. 173), and an opposition to the motion for evidentiary hearing (ECF No. 174). Under the scheduling order in this case (ECF No. 113), Greene then had twenty days, until September 27, 2021, to file replies in support of his motion for leave to conduct discovery and motion for evidentiary hearing.

        On September 27, 2021, Greene filed a motion for extension of time (ECF No. 175), requesting a 14-day extension of time, to October 11, 2021, to file replies in support of his motion for leave to conduct discovery and motion for evidentiary hearing. Greene's counsel states that the extension of time is necessary because of her administrative duties at the office of the Federal Public Defender and because of pre-planned leave. Respondents do not oppose the motion for extension of time.

///

///

1      The Court finds that Greene's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

     It is therefore ordered that Greene's Motion for Extension of Time (ECF No. 175) is granted. Greene will have until and including October 11, 2021, to file replies in support of his motion for leave to conduct discovery and his motion for evidentiary hearing.

     It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113) will remain in effect.

     DATED THIS 28th Day of September 2021.

MIRANDA M. DU  
CHIEF UNITED STATES DISTRICT JUDGE