UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVERS A. GREENE,<br><br>                     Petitioner,<br>v.<br><br>WILLIAM REUBART, *et al.*,<br><br>                     Respondents. | Case No. 2:07-cv-00304-CDS-DJA<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br><br>[ECF No. 181] |

       In this capital habeas corpus action, the Court granted in part and denied in part Respondents' motion to dismiss on November 22, 2021 (ECF No. 179). In that order, the Court gave Respondents 180 days, until May 23, 2022, to file an answer, responding to the remaining claims in Petitioner Travers A. Greene's second amended habeas petition, and the Court ordered that Greene would then have 180 days to file a reply to the answer. Order entered November 22, 2021 (ECF No. 179), pp. 43–44.

       On May 23, 2022, Respondents filed a motion for extension of time (ECF No. 181), requesting a 120-day extension, to September 20, 2022, to file their answer. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases, and time away from his work. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

///

///

///

///

///

///

///

1 **IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 181) is **GRANTED**. Respondents will have until and including September 20, 2022, to file their answer. Petitioner will then have 180 days to file a reply to the answer. In all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113) will remain in effect.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), William Reubart is substituted for William Gittere as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED this 25th day of May, 2022.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE