UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVERS A. GREENE,<br><br>      Petitioner,<br><br>v.<br><br>WILLIAM REUBART, *et al.*,<br><br>      Respondents. | Case No. 2:07-cv-00304-CDS-DJA<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br><br>[ECF No. 184] |

  In this capital habeas corpus action, after a 180-day initial period (*see* ECF No. 179) and a 120-day extension of time (*see* ECF No. 192), Respondents were to file an answer by September 20, 2022.

  On September 13, 2022, Respondents filed a motion for extension of time (ECF No. 184) requesting a further 62-day extension, to November 21, 2022, to file their answer. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases, and because of his co-counsel's time away from the office. Respondents' counsel states that Petitioner Travers A. Greene, who is represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

///

///

///

///

///

1  **IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 184) is **GRANTED**. Respondents will have until and including November 21, 2022, to file their answer. Petitioner will then have 180 days to file a reply to the answer. In all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113) will remain in effect.

DATED this 15th day of September, 2022.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE