UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TRAVERS A. GREENE,<br><br>      Petitioner<br><br>v.<br><br>WILLIAM REUBART, *et al.*,<br><br>      Respondents | Case No. 2:07-cv-00304-CDS-DJA<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 186) |

  In this capital habeas corpus action, after a 180-day initial period (*see* ECF No. 179), a 120-day extension of time (*see* ECF No. 182), and a 62-day extension of time (ECF No. 185), Respondents were to file an answer by November 21, 2022.

  On November 16, 2022, Respondents filed a motion for extension of time (ECF No. 186) requesting a further 60-day extension, to January 20, 2023, to file their answer. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases, and because of anticipated time away from the office. Respondents' counsel states that Petitioner Travers A. Greene, who is represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for an extension of time. The Court—while taking note that Respondents now will have had well over a year to file their answer—will grant Respondents' motion for extension of time as requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 186) is **GRANTED**. Respondents will have until and including January 20, 2023, to file their answer. Petitioner will then have 180 days to file a reply to the answer. In all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113) will remain in effect.

DATED: November 17, 2022

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE