UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TRAVERS A. GREENE, | Case No. 2:07-cv-00304-CDS-DJA |
| Petitioner | **ORDER GRANTING**<br>**MOTION FOR EXTENSION OF TIME** |
| v. | **[ECF No. 188]** |
| WILLIAM REUBART, *et al.*, | |
| Respondents | |

In this capital habeas corpus action, after a 180-day initial period (*see* ECF No. 179), a 120-day extension of time (*see* ECF No. 182), a 62-day extension of time (ECF No. 185), and a 60-day extension of time (ECF No. 187), Respondents were to file an answer by January 20, 2023.

On January 13, 2023, respondents filed a motion for extension of time (ECF No. 188) requesting a further 7-day extension, to January 27, 2023, to file their answer. Respondents' counsel states that the extension of time is necessary because of complications regarding his schedule and a legal secretary's schedule. Respondents' counsel states that petitioner Travers A. Greene, who is represented by appointed counsel, does not oppose the motion for extension of time. The court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for an extension of time.

**IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time [ECF No. 188] is **GRANTED**. Respondents will have until and including January 27, 2023, to file their answer. Petitioner will then have 180 days to file a reply to the answer. In all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113) will remain in effect.

DATED: January 18, 2023

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE