UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Travers A. Greene,<br><br>  Petitioner<br><br>v.<br><br>William Gittere, *et al.*,<br><br>  Respondents | Case No. 2:07-cv-00304-CDS-DJA<br><br>**Order Granting<br>Motion for Extension of Time**<br><br>**[ECF No. 192]** |

In this capital habeas corpus action, the respondents filed an answer on January 27, 2023 (ECF No. 190). Then, after a 180-day initial period (*see* ECF Nos. 179, 189), Petitioner Travers A. Greene, who is represented by appointed counsel, was to file a reply to the answer by July 26, 2023.

On July 26, 2023, Greene filed a motion for extension of time (ECF No. 192), requesting a 61-day extension, to September 25, 2023, to file his reply. Greene's counsel states that the extension of time is necessary because of her obligations in other cases. Greene's counsel states that Respondents do not oppose the motion for extension of time. The Court finds that Greene's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time.

IT IS THEREFORE ORDERED that petitioner's motion for extension of time **[ECF No. 192] is GRANTED**. Petitioner will have until and including September 25, 2023, to file his reply to the answer. In all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113) will remain in effect.

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 25(d), William Gittere is substituted for William Reubart as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED: July 28, 2023

_____
Cristina D. Silva
United States District Judge