UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Travers A. Greene,

    Petitioner

v.

William Gittere, *et al.*,

    Respondents

Case No.: 2:07-cv-00304-CDS-DJA

**Order Granting
Motion for Extension of Time**

[ECF No. 196]

In this capital habeas corpus action, the respondents filed an answer on January 27, 2023 (ECF No. 190). Then, after a 180-day initial period (*see* ECF Nos. 179, 189), a 61-day extension of time (*see* ECF No. 193), and a 30-day extension of time (*see* ECF No. 195), petitioner Travers A. Greene, who is represented by appointed counsel, was to file a reply to the answer by October 25, 2023.

On October 25, 2023, Greene filed a motion for extension of time (ECF No. 196), requesting a 58-day extension, to December 22, 2023, to file his reply. Greene's counsel states that the extension of time is necessary because of her recent appointment as interim chief of the capital habeas unit in Little Rock, Arkansas, and because of her obligations in other cases in this district. Greene's counsel states that respondents do not oppose the motion for extension of time. The court finds that Greene's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

IT IS THEREFORE ORDERED that petitioner's motion for extension of time **[ECF No. 196] is GRANTED**, nunc pro tunc, to the date of the request. Petitioner will have until and including December 22, 2023, to file his reply to the answer. In all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113) will remain in effect.

DATED: October 30, 2023

_____
Cristina D. Silva
United States District Judge