UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Travers A. Greene,<br><br>　　　　　　　　Petitioner<br><br>　v.<br><br>William Gittere, et al.,<br><br>　　　　　　　　Respondents | Case No. 2:07-cv-00304-CDS-DJA<br><br>**Order Granting<br>Motion for Extension of Time**<br><br>[ECF No. 203] |

　　　In this capital habeas corpus action, the respondents filed an answer on January 27, 2023. ECF No. 190. On December 21, 2023, petitioner Travers A. Greene, represented by appointed counsel, filed a reply to the answer (ECF No. 198), a motion for leave to conduct discovery (ECF No. 200) and a motion for evidentiary hearing (ECF No. 202). Under the scheduling order (ECF No. 113), respondents were due to file responses to the reply, the motion for leave to conduct discovery and the motion for evidentiary hearing by January 22, 2024. *See* ECF No. 113 (30 days for response to reply and responses to motions).

　　　On January 16, 2024, respondents filed a motion for extension of time (ECF No. 203), requesting a 45-day extension, to March 7, 2024, to file their responses to the reply, the motion for leave to conduct discovery and the motion for evidentiary hearing. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases and time away from his office over the holidays. Respondents' counsel represents that Greene does not oppose the motion for extension of time. The court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

IT IS THEREFORE ORDERED that respondents' motion for extension of time **[ECF No. 203] is GRANTED**. Respondents will have until and including March 7, 2024, to file their response to the reply and their responses to the motion for discovery and the motion for evidentiary hearing. In all other respects, the schedule for further proceedings set forth in the order entered December 6, 2019 (ECF No. 113) will remain in effect.

Dated: January 16, 2024

_____
Cristina D. Silva
United States District Judge