# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Travers A. Greene,<br><br>                  Petitioner<br><br>     v.<br><br>William Gittere, et al.,<br><br>                  Respondents | Case No. 2:07-cv-00304-CDS-DJA<br><br>**Order Granting<br>Motion for Extension of Time**<br><br>[ECF No. 207] |

In this capital habeas corpus action, on December 21, 2023, petitioner Travers A. Greene filed motions for leave to conduct discovery and for an evidentiary hearing. ECF Nos. 200, 202. On January 16, 2024, and February 29, 2024, the respondents moved for an extension of time to respond to these motions and to file their surreply to Greene's second-amended petition. ECF Nos. 203, 205. I granted the requests, giving the respondents until March 7, 2024, and then April 22, 2024, to file their responses and surreply. ECF Nos. 204, 206. The respondents now request another extension, requesting a 30-day enlargement of time, explaining that the extension of time is necessary because of obligations in other cases. ECF No. 207. The respondents' counsel states that Greene's counsel does not oppose the motion for extension of time. I find that the respondents' motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time.

IT IS THEREFORE ORDERED that the respondents' motion for extension of time **[ECF No. 207] is GRANTED**. The respondents will have up to and including May 22, 2024, to file their response to the motion to conduct discovery, their response to the motion for an evidentiary hearing, and their surreply to Greene's second-amended petition.

Dated: April 16, 2024

_____
Cristina D. Silva
United States District Judge