UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Travers A. Greene,

        Petitioner

v.

William Gittere, et al.,

        Respondents

Case No. 2:07-cv-00304-CDS-DJA

**Order Granting
Motion for Extension of Time**

[ECF No. 209]

In this capital habeas corpus action, on December 21, 2023, petitioner Travers A. Greene filed motions for leave to conduct discovery and for an evidentiary hearing. ECF Nos. 200, 202. On January 16, 2024, February 29, 2024, and April 15, 2024, the respondents moved for an extension of time to respond to these motions and to file their surreply to Greene's second-amended petition. ECF Nos. 203, 205, 207. I granted the requests, giving the respondents until March 7, 2024, April 22, 2024, and then May 22, 2024, to file their responses and surreply. ECF Nos. 204, 206, 208. The respondents now request another extension, requesting a 14-day enlargement of time, explaining that the extension of time is necessary because of obligations in other cases. ECF No. 209. The respondents' counsel states that Greene's counsel does not oppose the motion for extension of time. I find that the respondents' motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time; however, any further requests for an extension of this deadline will be viewed unfavorably.

IT IS THEREFORE ORDERED that the respondents' motion for extension of time **[ECF No. 209] is GRANTED**. The respondents will have up to and including June 5, 2024, to file their response to the motion to conduct discovery, their response to the motion for an evidentiary hearing, and their surreply to Greene's second-amended petition.

Dated: May 22, 2024

_____
Cristina D. Silva
United States District Judge