UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Travers A. Greene,

        Petitioner

  v.

William Gittere, et al.,

        Respondents

Case No. 2:07-cv-00304-CDS-DJA

**Order Granting
Motion for Extension of Time**

[ECF No. 213]

      In this capital habeas corpus action, on December 21, 2023, petitioner Travers A. Greene filed his reply to respondents' answer to his second-amended habeas petition. ECF No. 198. On January 16, 2024, February 29, 2024, April 15, 2024, and May 17, 2024, respondents moved for an extension of time to file their surreply. ECF Nos. 203, 205, 207, 209. I granted the requests, giving the respondents until March 7, 2024, April 22, 2024, May 22, 2024, and then June 5, 2024, to file their surreply. ECF Nos. 204, 206, 208, 210. Respondents now request another extension, requesting a 3-day enlargement of time, explaining that the extension of time is necessary because of obligations in other cases. ECF No. 213. Given the short extension request and the fact that respondents simultaneously filed their responses to the motion to conduct discovery and motion for an evidentiary hearing, I find that there is good cause to grant the motion for extension. I am not inclined to grant any further extensions absent extraordinary circumstances.

      IT IS THEREFORE ORDERED that respondents' motion for extension of time **[ECF No. 213] is GRANTED**. Respondents have up to and including June 10, 2024, to file their surreply to Greene's second-amended petition.

Dated: June 6, 2024

_____
Cristina D. Silva
United States District Judge