UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Travers A. Greene, | Case No. 2:07-cv-00304-CDS-DJA |
| Petitioner | **Order Granting Motion for Extension of Time** |
| v. | |
| William Gittere, et al., | [ECF No. 216] |
| Respondents | |

In this capital habeas corpus action, on December 21, 2023, petitioner Travers A. Greene filed motions for leave to conduct discovery and for an evidentiary hearing. ECF Nos. 200, 202. On June 5, 2024, respondents filed their responses to these motions. ECF Nos. 211, 212. Greene now requests an extension of 30 days to file his reply to the motions, explaining that the extension of time is necessary because of obligations in other cases and pre-planned personal issues. ECF No. 216. Greene's counsel states that respondents' counsel does not oppose the motion for extension of time. I find that Greene's motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time.

IT IS THEREFORE ORDERED that Greene's motion for extension of time **[ECF No. 216] is GRANTED**. Greene will have up to and including July 25, 2024, to file his reply to the motion to conduct discovery and motion for an evidentiary hearing.

Dated: July 15, 2024

_____
Cristina D. Silva
United States District Judge