# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Travers A. Greene, | Case No. 2:07-cv-00304-CDS-DJA |
| Petitioner | **Order Granting** |
| v. | **Motion for Extension of Time** |
| Jeremy Bean, et al., | [ECF No. 226] |
| Respondents | |

This capital habeas corpus action is before the court on respondents' unopposed motion for a 21-day extension of time to file their response to petitioner Travers A. Greene's motion to alter to amend the judgment. ECF No. 226. I find that there is good cause to grant the motion.

IT IS THEREFORE ORDERED that respondents' motion for extension of time **[ECF No. 226] is GRANTED**. Respondents have up to and including April 18, 2025, to file their response.

Dated: March 27, 2025

_____
Cristina D. Silva
United States District Judge