# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Travers A. Greene,<br><br>　　　　Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>　　　　Respondents | Case No. 2:07-cv-00304-CDS-DJA<br><br>**Order Granting<br>Motion for Extension of Time**<br><br>[ECF No. 228] |

　　　This capital habeas corpus action is before the Court on respondents' unopposed motion for a 31-day extension of time to file their response to petitioner Travers A. Greene's motion to alter to amend the judgment. ECF No. 228. I find that there is good cause to grant the motion.

　　　IT IS THEREFORE ORDERED that respondents' motion for extension of time **[ECF No. 228] is GRANTED**. Respondents have up to and including May 19, 2025, to file their response.

　　　Dated: April 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge