UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Travers A. Greene,<br><br>　　　　Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>　　　　Respondents | Case No. 2:07-cv-00304-CDS-DJA<br><br>**Order Granting<br>Motion for Extension of Time**<br><br>[ECF No. 231] |

This capital habeas corpus action is before the Court on petitioner Travers Greene's unopposed motion for a thirty-day extension of time to file his reply to his motion to alter to amend the judgment. ECF No. 231. This is Greene's first request for an extension of this deadline. I find that there is good cause to grant the motion.

　　IT IS THEREFORE ORDERED that Greene's motion for extension of time **[ECF No. 231] is GRANTED**. Petitioner has up to and including June 26, 2025, to file his reply.

　　Dated: May 30, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　United States District Judge